# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DREAMR LABS LIMITED

    Plaintiff

    v.                                                Civ. Action No.
                                                                 22-CV-1332

DELCHAIN LIMITED,
DELTEC BANK & TRUST LIMITED,
BRUNO MACCHIALLI,
SUISSE FINANCE HOLDINGS, and
RICHARD IAMUNNO

    Defendants.

-------------------------------------------------------------------X

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address):*

DELCHAIN LIMITED – Lyford Cay House, Lyford Cay, Nass, The Bahamas
DELTEC BANK & TRUST LIMITED – Deltec House, Nassau, The Bahamas
BRUNO MACCHIALLI – Porte Vedra, Florida
SUISSE FINANCE HOLDINGS – Via Dogana Vecchia 2, Lugano, Switzerland 6900 and
RICHARD IAMUNNO – Boca Raton, Florida

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                         **DOUGLAS C. PALMER**
                                                                                              *Clerk of Court*

Date:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                                  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                                                     *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on _____ ; or

                                          *(date)*

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                  _____
                                                        *Server's signature*

                                                  _____
                                                      *Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: