# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DREAMR LABS LIMITED

    Plaintiff

    v.                                                          Civ. Action No.
                                                                     22-CV-1332

DELCHAIN LIMITED,
DELTEC BANK & TRUST LIMITED,
BRUNO MACCHIALLI,
SUISSE FINANCE HOLDINGS, and
RICHARD IAMUNNO

    Defendants.

---------------------------------------------------------------------X

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address):*

DELCHAIN LIMITED – Lyford Cay House, Lyford Cay, Nass, The Bahamas
DELTEC BANK & TRUST LIMITED – Deltec House, Nassau, The Bahamas
BRUNO MACCHIALLI – Porte Vedra, Florida
SUISSE FINANCE HOLDINGS – Via Dogana Vecchia 2, Lugano, Switzerland 6900 and
RICHARD IAMUNNO – Boca Raton, Florida

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                             Brenna B. Mahoney

                                                                             *Clerk of Court*

Date: 3/11/2022                                                          /s/Priscilla Bowens

                                                                             *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: