UNITED STATES U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

DREAMR LABS LIMITED,

            Plaintiff,

      -against-

DELCHAIN LIMITED, DELTEC BANK &
TRUST LIMITED, BRUNO MACCHIALLI,
SUISSE FINANCE HOLDINGS, and
RICHARD IAMUNNO,

            Defendants.

-------------------------------------------------------- X

Civ. Action No. 22-CV-1332-DG-TAM

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Delchain

Limited and Deltec Bank & Trust Limited (collectively, "Defendants") hereby certify as follows:

Delchain Limited and Deltec Bank & Trust are both wholly owned subsidiaries of Deltec

International Group.  To the best of Defendants' knowledge, no publicly held corporation owns

10% or more of Deltec International Group's stock.

Dated: April 18, 2022

Respectfully submitted,

By: /s/ Paul M. Eckles

    Paul M. Eckles, Bar No. 4177770
    K&L GATES LLP
    134 Meeting Street
    Suite 500
    Charleston, South Carolina  29401
    Paul.Eckles@klgates.com
    Telephone:  +1 843 579 5600
    Facsimile:  +1 843 579 5601

    A. Lee Hogewood III
    K&L Gates LLP
    4350 Lassiter at North Hills Avenue
    Suite300

P.O. Box 17047
Raleigh, North Carolina 27619
A.Lee.HogewoodIII@klgates.com
Telephone:  (919) 743-7300
Facsimile:  (919) 743-7301

*Attorneys for Defendants Delchain*
*Limited & Deltec Bank & Trust Limited*

312219144.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2022, a true and correct copy of the Rule 7.1 Corporate Disclosure Statement was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users in the case, including all counsel of record.

/s/ Paul M. Eckles
Paul M. Eckles

312219144.1